UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR BRUCE,<br><br>Defendant. | Case No. 2:13-cr-441-APG-CWH<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO TRAVEL**<br><br>(ECF No. 29) |

Defendant Victor Bruce moves for permission to travel to California to attend classes that are required as part of his effort to seek reinstatement of his medical license. ECF No. 29. The United States opposes on the ground that it is too soon for him to seek licensure and that 24 hours of ethics training is insufficient before he regains his medical license. ECF No. 30.

Dr. Bruce's medical license was revoked under a Settlement Agreement with the State of Nevada Board of Medical Examiners. ECF No. 29-2. He has surrendered his DEA registration and Nevada State Pharmacy license to prescribe Schedule II, III, IV, and V controlled substances. *Id.* at 7. I have been advised by the supervising Probation Officer that reinstatement of Dr. Bruce's medical and pharmacy licenses and DEA registration will require a significant amount of time and scrutiny by the applicable authorities. Thus, Dr. Bruce's ability to prescribe controlled substances will require more than just 24 hours of ethics training. Like the United States, I am concerned about Dr. Bruce's ability to prescribe controlled substances in the future. But I will defer to the appropriate licensing authorities—who have more insight into the relevant issues—for that determination, and for any oversight they feel is needed.

The defendant's motion to travel to California **(ECF No. 29) is GRANTED.** The defendant may travel to Irvine, California June 21-24, 2018 to attend the ethics course. He is permitted to travel outside Nevada for future medical licensing program purposes, provided he obtains the permission of the United States Probation Office. The defendant shall provide the Probation Office with an itinerary and class program or brochure for each such request, and do so with sufficient lead time for the Probation Office to evaluate each request.

DATED this 31st day of May, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE