# United States District Court
# for
# the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Victor Bruce**

Case Number: **2:13CR00441**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **October 16, 2014**

Original Sentence: **46 Months prison, followed by 36 Months TSR.**

Date Supervision Commenced: **May 18, 2018**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## SUMMARY

On June 21, 2019, Victor Bruce submitted a travel request form for Accra, Ghana. The purpose of this travel is to celebrate his mother-in-law's 90th birthday and to attend his family reunion. Mr. Bruce plans to stay at his mother-in-law's home.

Mr. Bruce reports that he will be traveling with his Wife via airplane. Mr. Bruce will depart for Accra, Ghana on October 1, 2019, and return to Las Vegas, Nevada October 10, 2019. Mr. Bruce reports that the total cost of this travel $2,500 paid through his and his wife's income.

Currently, Mr. Bruce is compliant with the conditions of his supervision. The Probation Office respectfully requests that he be permitted to travel to Ghana on the dates. He is aware that if the court does not authorize his travel, He must remain in the United States until he satisfactorily completes her term of supervision.

Form 12 - Travel
D/NV Form
Rev. June 2014

Respectfully submitted,

Gabriella Mitchell
*Gabriella Mitchell* 2019.08.06
16:00:15 -07'00'

_____
Gabriella Mitchell
Probation Services Technician

Approved:

Joy Gabonia
2019.08.06 15:58:01
-07'00'
_____
Joy Gabonia
Supervisory United States Probation Officer

*THE COURT ORDERS*

X     Requested Travel is Approved

☐     Requested Travel is Denied

☐     Other

_____
Signature of Judicial Officer

Dated: August 6, 2019.